```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 15-168 |
| FREDERICK H. BANKS | |

### SECOND SUPPLEMENT TO GOVERNMENT'S BRIEF REGARDING ISSUES BEFORE THE COURT

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Robert S. Cessar, Assistant United States Attorney for said district, and provides the following Second Supplement to Government's Brief Regarding Issues Before the Court.

On or about April 18, 2016, defendant FREDERICK H. BANKS did file a pleading in the Western District of Pennsylvania titled Pro Se Informal Brief of Appellant; and Notice of Appeal; and Motion for Reconsideration. The pleading was filed in numerous civil cases previously filed by the defendant, and also under criminal number 03-245. The defendant again alleges electronic surveillance by the Central Intelligence Agency within the pleading.

The recent filing by the defendant further supplements the government's belief that further evaluation of the defendant is warranted.

The pleading is attached hereto as Exhibit A and is incorporated into the Government's Brief Regarding Issues Before the Court and Supplement to Government's Brief Regarding Issues Before the Court filed by the government at document numbers 118 and 121, respectively.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney


s/Robert S. Cessar
ROBERT S. CESSAR
Assistant U.S. Attorney
PA ID No. 47736
