United States District Court
for the Western District of Pennsylvania

United States of America,
v.
Frederick Banks,
  Defendant.

**FILED**
APR 21 2016
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

15-CR-168
04-CR-176

**AMERICAN TARGET:** (See "Targeted Individual" at youtube.com
Getting out from under BIG Brother (Defense Exhibit)
A Guide to freedom from government covert harassment

I. What
II. Who
III. How
IV. Why &
V. Where
VI. Solutions

The author Frederick Banks was targeted by the CIA starting in 2011 because he would not stop suing the US gov't alleging that the FBI set him up in a copyright infringement case in which he served 10 plus years in Federal prison. When he continued to sue instead of investigating his claims the defiant FBI told two of his attorneys that they did not want Frederick Banks out there saying things about them and recharged him with harassment! Banks was corresponding with the ACLU about suing the FBI when the Grand Jury returned a superseding indictment with the ACLU correspondent as the Grand Jury foreperson!!!

**I. What**

Electronic surveillance is another name for Voice to Skull ("V2K"), Remote Neural Monitoring, Microwave Hearing, Microwave Auditory Effect, The Frey Effect, Gang Stalking, Directed Energy Weapons ("DEW"), Voice of God weapon, SIGINT (Signals Intelligence), COMINT (Communications Intelligence), Synthetic Telepathy, Telepathic Behavior Modification, Behavior Modification, electronic harassment, among others.

Electronic surveillance involves a wireless signal sent via satellite with GPS tracking on a harmonic frequency which allows the operator to lock on to a Targeted Individual and communicate with them directly, transfer audio, and video for real time and dream manipulation. It also allows the operator to control the human organism through remote means. Voice to Skull according to the Federation of American Scientist (www.fas.org) is employed at airports to keep birds away and a search of nsa.gov yields over 300 hits!

**II. Who**

The Central Intelligence Agency ("CIA") Office of Science & Technology possibly through its federal contractor Booz Allen Hamilton (boozallen.com) is responsible for electronic surveillance worldwide in a covert program known as "Telepathic Behavior Modification" (see term and documents at cia.gov). The CIA's MKUltra was the precursor program to Telepathic Behavior Modification. In MKUltra the CIA administered LSD to U.S. citizens without their knowledge or consent. See Sims v. CIA (DC Cir.); CIA v. Sims _ US _ ( ) which culminated in a Senate investigation and victim compensation. Electronic surveillance is a "State Secret" and classified.

**III. How**

Using a wireless signal on harmonic and other frequencies the CIA delivers remotely and ELF (extremely low frequency) waves that come in through the ears and as an analogy are similar in nature to or radio waves but the effects are vastly different.

1. Test: Using both fore fingers plug both your ears. If you hear a constant tone or ringing you are being hit by a CIA wireless signal!

when these wireless signals hit a targeted individual they manifest on the target in a variety of ways such as

a) Jaami Ali, an activist from NYC, believes that her face is being mutated whenever she looks in the mirror. This is an example of remote body modification. In Boston Cynthia Elias has been falsely accused while fighting a mortgage foreclosure.

b) Elvira Williams a civil rights protester believes that she is being chemically sprayed (in chem trails) & the pain she experiences is very real & she's homeless while Jody of Wisconsin is on trial for a false offense and nearly insolvent.

c) Sheila Epstein is being constantly bombarded with a signal that remotely heats up her skin to give a sensation + feeling that she is being burnt and roasted alive while Helena in North Hills of Pittsburgh experiences the same thing, both women are in danger of losing their homes.

d) Kenneth Posner, a broadway play set designer + Robbie Williams of Denver are being remotely harassed verbally using wireless transmissions and sound samples on a 24/7 daily year around basis. This is exactly what the author experienced starting in 2011 and is known by the general public as Voice to Skull, V2K, or remote neural monitoring and writers have referred to it as "Voice of God Weapon" (See "Voice of God Weapon" at wired.com) (also see "Synthetic Telepathy" at nbcnews.com) Posner now lives with his dad in New England which also a target his is in shambles, Williams is in disbelief. Harold from Alabama is a V2K victim who was made homeless by this technology and now lives in his car. With V2K the CIA not only harasses the Target but also manipulates others around the target to discredit them, make them insolvent and therefore unbelievable. Harold's paranoia is real his associates are harassing him because of the Technology. Jesse Reid a V2K victim from California told me that when he took a trip to Germany the V2K electronic surveillance was still present. Caroline a former California resident fled to the countryside in France but did not escape the V2K. She told me that there are many others living in France that are also victims.

I know these people. I feel for these people and this abuse of the technology is not right. I also know at least three V2K victims in government or formerly so. Donald Jackson of Chicago is a former White House police officer (Secret Service) who was being harassed while he guarded the president! He now lives in Chicago again where he is still being harassed by not only V2K but a black bag firm. Derrick Robinson the president of Freedom from Covert Harassment (FreedomFCH.com) was targeted while in the U.S. Navy and the V2K continues on him even today. Finally, my friend Julie is a V2K target and works for the Commonwealth of PA.

Many Targeted Individuals are being harassed and act out in a violent manner. Vester Flanigan who shot and killed Allison Parker a VA TV reporter + her cameraman live and then Tweeted about it I linked to the Voice of God weapon because Flannigan stated that "Jehovah Told me to Act." Aaron Alexis discussed the technology in detail in a video he made (search youtube.com) before he went on a Navy shooting rampage with the engraving on his firearm "This is my ELF (extremely low frequency) weapon"

2.

Philip Chisolm in Salem and Laurel Michelle Schlemmer in Pittsburgh both reported hearing voices which told them to commit the alleged crimes. Schlemmer's case is exactly like Foggy v. United States Government (9th Dist 2007 Idaho) in which the plaintiff Tamra Foggy claimed that the government placed "hollywood voices" inside her head which told her to kill her son. Both Chisolm and Schlemmer are being tried for murder and they are both Targets.
See interviews with Dr. Robert Duncan at youtube.com (discussing Technology)

### IX. Why

According to Dr. John Hall the CIA is targeting and employing electronic surveillance on these mostly ordinary U.S. citizens for the purpose of controlling the population. See "Guinea Pigs" by Dr John Hall. But there is another reason. This technology is being used and abused to influence public opinion on policy changes that diminish citizens rights such as Gun Control Legislation.

### X. Where

Electronic surveillance and harassment is a worldwide phenomenon. Indeed there are Targeted Individual groups now in almost every country and the U.N. has even taken up the topic as a serious one. Because electronic surveillance is employed by satellite there is no one outside its reach.

A friend of mine Purple confided to me that her and her sister have been for years harassed by a "Demon" who left sometimes scratches on them. I have not yet pointed out to her because I did not think of it at the time, that she could be a victim of electronic surveillance. The CIA is using our myths as a mask and our fears to employ this technology on the unsuspecting and unknowing. Rest assured I will inform Purple the first chance I get!

### XI. Solution

A permanent solution lies in a little known federal law. Title 50 United States Code Section 1806(f) provides that upon application to a state or federal Judge by any aggrieved person the electronic surveillance must be disclosed by order to the government and this law pre-empts the "State Secrets" defense. See Jewel v. NSA (9th Cir). In other words you can prove the CIA harassment by getting a Court order! By law a U.S. government agent or officer cannot reveal that this technology exists or is being employed until you file a motion under this law.
A temporary solution is to purchase a 12 channel Signal Jammer from Jammerall.us which should block the CIA wireless signals. I've also found that playing guitar acoustically cancels the signal because according to an electrician Harold Tyler of Pittsburgh the signals are on a harmonic frequency. You can also try "Shattered Frequencies" on youtube.com which worked for me and if you rapidly plug both ears and unplug them this will cut out the wireless signal.

certificate of service
I hereby certify that on 4/16/16 I served a true and correct copy ...