IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 15-168 |
| FREDERICK H. BANKS | |

NOTICE TO THE COURT RELATING TO BANKS' ACTIVITY WHILE IN CUSTODY

AND NOW comes the United States of America, by its attorneys, Soo C. Song, Acting United States Attorney for the Western District of Pennsylvania, Robert S. Cessar, Assistant United States Attorney for said district, submitting as follows:

The defendant, Frederick H. Banks, continues to violate federal criminal laws and has engaged in harassment of various participants in this criminal action.

As reflected in the attached opinion filed in the United States Bankruptcy Court for the Western District of Pennsylvania, Banks filed an Involuntary Petition under Chapter 7 of the United States Bankruptcy Code attempting to force FBI Special Agent Sean Langford and USAO paralegal, Felicia Langford into involuntary bankruptcy.

Fortunately, the Bankruptcy Court rejected the petition and dismissed the petition with prejudice. The government request that the court take notice of Banks' false and fraudulent filings and consider the facts surrounding Banks' action in its determination of his competency currently pending before this court.

                                                              Respectfully submitted,

                                                              SOO C. SONG
                                                              Acting United States Attorney

                                                               s/Robert S. Cessar
                                                              ROBERT S. CESSAR
                                                              Assistant U.S. Attorney
                                                              PA ID No. 47736