IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 15-168 |
| FREDERICK H. BANKS | |

NOTICE TO THE COURT RELATING TO BANKS' ACTIVITY WHILE IN CUSTODY

      AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, Robert S. Cessar, Assistant United States Attorney for said district, submitting as follows:

      The defendant, Frederick H. Banks, continues to file false and fraudulent filings as reflected in the attached Petition for a Writ of Habeas Corpus filed in the Court of Common Pleas for the Commonwealth of Pennsylvania for Allegheny County, Civil Division; Case No. GD 17-017710 on December 27, 2017.

      The government request that the court take notice of Banks' false and fraudulent filings.

      Respectfully submitted,

      SCOTT W. BRADY
      United States Attorney

      s/Robert S. Cessar
      ROBERT S. CESSAR
      Assistant U.S. Attorney
      PA ID No. 47736