IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 15-168 |
| FREDERICK H. BANKS | |

NOTICE TO THE COURT RELATING TO BANKS' ACTIVITY WHILE IN CUSTODY

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, Robert S. Cessar, Assistant United States Attorney for said district, submitting as follows:

The defendant, Frederick H. Banks, continues to file false and fraudulent filings as reflected in the attached summons on Complaint filed in the Court of Common Pleas of Ohio for Mahoning County, Case No. 2018 CV 00159 on January 16, 2018 naming the undersigned as a defendant.

The government request that the court take notice of Banks' false and fraudulent filings.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

s/Robert S. Cessar
ROBERT S. CESSAR
Assistant U.S. Attorney
PA ID No. 47736