Court of Common Pleas, Mahoning County
120 Market Street
Youngstown, Ohio 44503

# S U M M O N S  ON  COMPLAINT

Rule 4 Ohio Rules of Civil Procedure

------=========*=========------

Case No. 2018 CV 00159

| | | |
|---|---|---|
| FREDERICK BANKS | -vs- | GAVIN THOULE |
| 05711-068 | | 700 GRANT STREET |
| NORTHEAST OHI | | PITTSBURGH, PA 15219 |
| CORRECTIONAL CENTER | | |
| YOUNGSTOWN, OH 44505 | | |

TO: **ROBERT CESSOR ESQ**     **700 GRANT STREET**
                              **SUITE 4000**
                              **PITTSBURGH, PA 15219**

Defendant

To the above named defendant(s):  (See attached complaint for additional parties)

You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this court by the plaintiff(s) named herein.

You are required to serve upon the plaintiff('s') attorney, or upon the plaintiff(s) if he/she/they has/have no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service.  Said answer must be filed with this court within three (3) days after service on plaintiff(s) attorney.

The name and address of the plaintiff('s') attorney is as follows:

       PRO SE

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

       ANTHONY VIVO
       Mahoning County Clerk of Courts

       February 8, 2018

       By: N. Dascenzo
           Deputy Clerk

Summons issued to additional defendants:

    GAVIN THOULE
    JACQUELINE LASH
    MARK R HORNACK
    IVANKA TRUMP
    LIZ NAVRATIL
    CLERKS OFFICE
    BRIANNA KALAR
    ADRIAN ROE ESQ