United States District Court
for the western District of Pennsylvania

FILED

FEB 13 2018

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

United States of America,

v.                                              15CR168

Frederick Banks,

          Defendant.

"FISA MEMO" USA TODAY ARTICLES
Exhibits
_____

    Defendant Frederick Banks files the "FISA MEMO" USA Today
Articles Exhibits and represents:
1.   As this Court knows in November 2016 Defendant sent a
letter to Ivanka Trump in which he told Ms. Trump that the
Trump Campaign was under FISA electronic surveillance ( The letter was
typed in the BOPs trulincs Computer system emailed to FCI Butner's
business office then printed out and mailed to Ms. Trump at Trump Tower
in NYC. As such the letter is a BOP agency record subject to
FOIA and the privacy Act.) Defendant sent a copy of the letter to the Court
sometime after it was sent to Ms. Trump and the Court stated it was
taking no action on the letter since it did not seek any relief.
2.  In March 2017 President Trump himself claimed that he had a
FISA warrant on him and Congressman Devin Nunes stated that the
Trump Campaign was under FISA surveillance. Nunes released a Memo
detailing FISA abuses by the FBI in obtaining the FISA warrant. Defendant
has been claiming for years that the FBI placed a FISA warrant on him
and it was unlawful and if there is FISA it was illegal. Defendant sought
numerous times to obtain the FISA materials in this case. The attached
exhibits USA today articles confirm what Defendant first brought to
Ms. Trumps letter. Thus, Defendant did a great service to the Nation
by exposing the illegal use of FISA on the Trump Campaign. It is time
for this Court to order the government to disclose the FISA on Defendant
if it exists. All of Defendants FISA motions should be reconsidered by the Court.

WHEREFORE, the court should vacate its prior orders denying Defendants pro se FISA Motions and order the government to disclose the FISA materials under 50 USC § 1806(f).

Respectfully Submitted,

Frederick Banks
05711-068
NEOCC
2240 Hubbard Road
Youngstown, OH 44505

Defendant

Certificate of Service

I hereby certify that on the 7th day of February, 2018 I served a true and correct copy of the foregoing by mail delivery upon the following.

Office of the US Attorney
4000 US Courthouse
700 Grant Street
Pittsburgh, PA 15219

Frederick Banks