**50** USC 1806(f)

# UNITED STATES DISTRICT COURT
## for the Western District of Pennsylvania

C.I.A. FISA Electronic Surveillance

United States of America, )
v. ) 15 CR 168
Frederick Banks, )
    Defendant )
 )

### Question for the Clerk of Dorks

To the Clerk of Dorks:

All Defendant wants to know is will the same lawyer, defense counsel be representing him at the arraignment on the new charges who testified at the Grand Jury???

You can take that Second Superseding Indictment & stick it up your collective A.R.S.E.!

Ha Ha Ha

**You Bozo No!!! Baffoons!!**



Banks v. Devin Nunes (Mahoning Cty Ohio)
Banks v. Robert Mueller (Mahoning Cty Ohio)

The Litigator
The Clown Prince of Slime