United States District Court
for the Western District of Pennsylvania

United States of America, )
v. ) 15CR168
Frederick Banks, )
    Defendant. )

RENEWED MOTION FOR DISCOVERY; AND
DEFENDANT'S NOTICE REGARDING DISCOVERY

Defendant Frederick Banks, an American Indian, alleges for his Renewed motion for Discovery and notice regarding discovery as follows:

1. Over two weeks ago counsel Marvin Miller was appointed to this case. A few days later Defendant initiated contact with counsel by telephone upon arrival at the Mahoning County Justice Center. On the phone call Defendant advised counsel to file a FISA motion to disclose Electronic surveillance under 50 USC § 1806(f) and to provide him with all the Discovery, Docket, Transcripts and a computer laptop and printer.

2. During the record in this case the government has been engaged in a ruthless and illegal game of dirty pool to disgorge Defendant from his Discovery.

3. For example without notice US Marshall Dennis Walker unlawfully transferred Defendant to Mahoning County Justice Center, a Lame brain County Jail. All of Defendants discovery, legal documents and personal items could not be brought with him and Defendant has no way to retrieve them. As such if Defendant loses any of his criminal or civil cases US Marshal Walker is liable and responsible for those losses as is the government.

4. Counsel does not accept Defendant's collect calls and Mahoning County Justice Center does not allow direct pre paid calls from the unit. Thus, the one chance defendant could contact his lawyer was when he arrived at the Jail. Defendant has no way to notify the Courts in his other pending legal actions because he can't call them or contact anyone to receive the addresses to write them. The government has been actively obstructing

Defendant's ongoing litigation since this case began and the FBI arrested Defendant because he filed 28 or 30 lawsuits against an FBI agent. The Discovery violations in this case are atrocious and ridiculous, unconstitutional and illegal. Moreover, this case has been unnecessarily drawn out in violation of the Speedy Trial Act. And Defendant objects under the 6th Amendment and Statutory Right to a Speedy Trial.

5. On the Record in this case the government stated that no later than 2/16/2018 the FBI would provide all of the Discovery to counsel. To date defendant has received no Discovery !!! Yet he has been confined for over 31 months. How long will this blatant violation of Discovery be allowed to continue?

The Court should be aware that there is a 3rd Circuit Mandamus Action pending to compel the Court and the government to provide the Discovery.

6. DEFENDANT CANNOT REACH COUNSEL AND HAS NONE OF THE DISCOVERY OR TRANSCRIPTS, NOTES, MOTIONS, DOCKET, NOTHING !!! This Court should Dismiss this Case for Discovery Violations.

7. The Court found Defendant Incompetent to Represent himself yet Defendant prepared a Motion to Dismiss, Motion for Bail and Defense Sentencing Memorandum in USA v. Devinshire (WDPA) (ECF 288) and as a result of that Motion Devinshire's plea letter was reduced from 168 months to 80 months with the possibility left open for further reductions at sentencing. In other words Devinshire already received 88 months off and a binding plea because of a Motion Defendant handwrote off the top of his head yet this Court and the government continue to claim he is Incompetent

to represent himself and keep his discovery from him. This Court should vacate its order finding Defendant Incompetent and allow him to represent himself.

8. Defendant has learned that to view the discovery he needs another Court order directed against Sheriff Jerry Greene and the Mahoning County Justice Center Staff to receive a Laptop Computer. Federal inmates here possess their own Laptops. Defendant moves the Court to order the Federal Public Defender and/or Counsel to immediately provide him with a Laptop Computer, All Discovery and Lexis Nexis with federal decisions pre-loaded onto the Laptop and a printer. There is no Law Library at Mahoning County Justice Center. Two weeks ago Defendant requested a legal call and information in the Bond Appeal from this case from Akron University who provide services to jail inmates but to date Defendant has not been provided their requests.

9. Because the government is in clear violation of their discovery obligations and Defendant can't reach defense counsel this Court should dismiss this case and/or order that Defendant be transferred to Renewal Center so that he can access a Law Library + meet regularly with counsel.

Wherefore, the foregoing motion should be granted along with all other requested and warranted relief.

Respectfully Submitted,
Frederick Banks
110 Fifth Avenue
#0063533
Youngstown, OH
44503

Certificate of Service

I hereby certify that on this 3rd day of March, 2018 I served a true & correct copy of the foregoing by mail delivery upon the following: Office of the US Atty
4000 US Courthouse
700 Grant Street
Youngstown, Ohio 44503

Frederick Banks