United States District Court
for the Western District of Pennsylvania

United States of America,       )
                                )
  v.                            )           15CR168
                                )
Frederick Banks,                )
            Defendant           )
                                )

FILED APR 10 2018 CLERK U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA

Defendant's Reply to Supplemental Memorandum Order
Regarding Self-Representation by the Defendant and Memorandum Order ECF 621 & 617

Frederick Banks, an American Indian represents as follows:

1. In perhaps the biggest display of either cluelessness or coverup we've perhaps ever seen in judicial history, this court connives to deny that it has actual bias and refuses to recuse while continuing to constantly admonish Defendant on it's purposely delayed by it and the government delay of the case in blatant violation of Due process. In 621 the Court connives to scold Defendant for exposing on this public record and using the docket like President Trump uses Twitter a brutal and open severe campaign of devastation by the FBI, USDOJ and CIA on completely innocent US Citizens by the Government which this Court is a willing participant by if nothing else association. Defendant is quite sure that the American public finds it laughable and sad that the Court dismisses scholars and writers in the documented books which by the way site to numerous credible sources such as the Washington Post and NY Times and include Senator Rand Paul and former Governor Jesse Ventura. The words "Court Ridiculous" comes to mind. The Court is clueless as to the fact that the Executive Branch through the CIA by way of the FBI may even be controlling it is the author of poppycock. Also, this court in all of its prior decisions failed to apply the liberal construction of the Indian Cannon in further violation of Defendant's rights.

2. Case in point is USA v. Larry Devinshire (WDPA) a case in this court with this Judge the Court told Defendant that he had to withdraw his pro se motion to dismiss that it knew Frederick Banks drafted for it to accept the plea in that case. A plea that because of Banks' motion off top reduced Devinshires plea letter time from 168 months to 80 months with room left over for further reductions at sentencing. Yet this Court continues to make convoluted statements between cases that Banks is "Incompetent" to represent himself. This inconsistency of this Court speaks volumes to it's actual bias of Banks yet instead of recusing like any fair and non bias Judge would it goes into an unsupported rant, cites no

the US Marshals conducted a bogus transfer of Defendant to disrupt Defendant's civil actions which this Court readily accepted as routine. Noted that the Banks v. Thouse litigation will be appealed and that the Court has no judicial or other immunity for Due Process violations which deprive it of subject matter jurisdiction. If this Court was 100% spot on right all the time as it claims to be then it wouldn't have been reversed in USA v. Rafael Cabrera (3d cir) from a Notice of Appeal Defendant filed. Also, Because of a Banks and Cabrera lawsuit against Hornak this case should never have been assigned to this judge and the Clerk's office is liable for this assignment.

authority and for example continues to claim it did not participate in plea negotiations by stating on the record that Defendant's refusal to accept a time served plea offer speaks to his lack of competency. The case law is directly in conflict with this since the court did in fact participate among a laundry list of other things in plea negotiations Defendants Due Process was violated and it must recuse and dismiss the case. Both Senator Rand Paul and Jesse Ventura are potential witnesses not as defenders of the elements of the crime but to prove "motive" of the government in trying this case as are the other authors and Targeted individuals and CIA government officials to yes include even Ivanka Trump, Dr. Heather Ross and Dr. Allisa Marquez. History will expose this government as been diabolical and Apple Rotten despite the Courts cover-up.

Wherefore, the Case should be dismissed with prejudice and Defendant should receive a large sum of monetary compensation pursuant to the All Writs Act in accordance with the Court's policy of paying Sprint & Facebook with glee while routinely "not doing right to our poor and rich" Citizens by claiming it lacks authority to compensate for outrageous government misconduct. Shalom Shaoon.[1]

Respectfully submitted,

Frederick Banks
110 Fifth Ave # 0063533
Youngstown, Ohio 44503
Defendant

Certificate of Service

I hereby certify that on this 6th day of April, 2018 I served a true and correct copy of the foregoing by mail delivery upon the following

Robert DeJdam, RUSA
Shaun Sweeney
Joan US Courthouse
700 Grant St.
Pittsburgh, PA 15219

Frederick Banks

---

1. Defendant still does not have the Discovery/printed Discovery/CD Rom that he had when he was transferred, his 16.1 Discovery is not on the computer Hard Drive, NEOCC did not allow Banks to bring anything with him when he transferred including his Religious materials which purposely violated his right to practice Wicca and the First Amendment Establishment Clause.

-2-