United States District Court
for the Western District of Pennsylvania

United States of America,        )
              v.                 )
Frederick Banks,                 )         15cr168
              Defendant.         )
                                 )

Exhibit in Support of Defense to Count 7
Tamra Foggy v. US Chaplain, 2:08 cv 00648 RCJ-RJJ (DC Nev)

Defendant Frederick Banks, an American Indian ("Banks") files the foregoing exhibit in support of defense to Count 7 Tamra Foggy, et al., v. U.S. Chaplain, et al., 2:08cv00648 RCJ-RJJ (DC Nev) (Doc 32) and represents:

1. In Count 7 the government alleges that Banks made a false statement that Laurel Michelle Schlemmer was in a CIA Telepathic Behavior Modification Program and that it was false that this program exists. Yet unclassified documents on "Telepathic Behavior Modification" exist on the CIA's own website. See at www.foia.cia.gov So it is the CIA not Banks that confirms the existence of the CIA program.

2. Also, a plaintiff named Tamra Foggy made similar claims in Foggy v. US government (DC Idaho) & Foggy v. U.S. Chaplain, 2:08cv 00648 RCJ-RJJ (DC Nevada) to Laurel similar that the government placed "hollywood voices" inside her head which told her to kill her son. As a result Tamra Foggy is a defense witness in this case and will prove through her testimony that the alleged Count 7 false statements are not false. Laurel Schlemmer is also a witness.

3. Additionally, the Court should be aware that in dual cases where defendants removed Banks' State filed cases to federal court that Court has remanded both cases to State Court in other words Banks representing himself challenged the removals and won those decisions while this Court continues to wrongfully assert that he is incompetent to represent himself. See Banks v. LaRoche, et al 4:17-cv-02479-BYP (DC NDOH) (Doc 8) and Banks v. Rosado,

et al, 4:17-cv-02499-BYP (DC NDOH) (Doc 11).[1]

Respectfully submitted,

Frederick Banks
110 5th Ave #0063533
Youngstown, OH 44503
Defendant

Certificate of Service

I hereby certify that on this 5th day of May, 2018 I served a true & correct copy of the foregoing by mail delivery upon the following;

Office of the US Attorney
4000 US CT Hse
700 Grant Street
Pittsburgh, PA 15219

Frederick Banks

---

[1] The Third Circuit Court of Appeals also issued a briefing schedule on the issue if Banks' prior conviction in USA v. Banks, 04CR176 (WDPA) should be vacated on Banks Pro Se Appeal and Banks represents himself in that Appeal. See USA v. Banks, No 18-1165 (3rd Cir.) if Banks wins he will have gotten a prior conviction vacated in which the alleged victim FBI Agent in this case set him up on while this Court claims he is incompetent to represent himself. This is a criminal Appeal.