# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )   2:15-cr-00168-1 |
| FREDERICK H. BANKS, | ) |
| | ) |
| Defendant. | ) |

Hearing Type:   Telephonic Status Conference

Date:   May 31, 2018

Before:   Judge Mark R. Hornak

| | |
|---|---|
| AUSA | Robert S. Cessar; Shaun E. Sweeney; ▬▬▬ |
| Counsel for Defendant | Marvin Miller |
| Court Reporter | Richard Ford |
| Law Clerk | ▬▬▬ |
| Start time | 2:45 PM |
| End time | 3:05 PM |

**SUMMARY OF PROCEEDINGS:**

A telephonic status conference was held.