IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 15-168 |
| FREDERICK H. BANKS, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR AN ORDER DIRECTING THE ALLEGHENY COUNTY JAIL TO PERMIT ACCESS TO A LAPTOP COMPUTER

**AND NOW**, comes the Defendant, Frederick Banks, by his attorney, Marvin Miller, Esquire, and files the within Motion for an Order Directing the Allegheny County Jail to Permit him Access to a Laptop Computer, stating as follows:

1. The Defendant is currently awaiting trial in connection with the above-captioned case and is currently detained at the Allegheny County Jail in federal custody.

2. There is a huge volume of documents and other materials, which have been provided by the Government.

3. In order to properly assist in his defense and prepare for this case, the Defendant must have the opportunity to review these voluminous recordings and other materials.

4. Counsel has been advised by the Office of the Federal Public Defender that they can provide a laptop for the above stated purposes at the Allegheny County Jail, pre-loaded with the voluminous discovery materials, but that a court order is necessary to give Defendant access to this computer.

5. The United States, through Assistant United States Attorney Shaun Sweeney, has no objection to the granting of this motion.

**WHEREFORE**, the Defendant asks this Court to issue an order authorizing and directing the Allegheny County Jail to permit him access to the computer provided by the Office of the Federal Public Defender, until such time as this case is concluded.

                                                      Respectfully submitted,

                                                      _s/ Marvin Miller_
                                                      Marvin Miller, Esquire
                                                      PA I.D. #52946

                                                      2324 McNary Boulevard
                                                      Pittsburgh, PA  15235
                                                      (412) 247-9628

Dated:  July 2, 2018                         Attorney for Defendant,
                                                     Frederick H. Banks