

Frederick Banks, an American Witch
Self Portrait
on 10/9/18 immediately after receiving news that on 9/24/18 the Pro Se petition for Rehearing was GRANTED in In RE: Frederick H Banks, No. 18-1014 (3rd cir 9/24/2018) (Mandamus Action for Self-Representation in USA v. Banks, 15CR168(WDPA). The Trial Judge ruled previously that Banks was Incompetent to represent himself.

Banks is absolutely amazed that the Trial Judge has held him in prison for nearly 38 months and counting on a case that carries just 16 months under the Sentencing Guidelines in violation of the Due Process & Equal Protection Clauses in the U.S. Constitution.