Frederick Banks
120754, Re
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

CASHIER

150  152  15219  **S1-19**

15219

PRSRT FIRST-CLASS MAIL
U.S. POSTAGE PAID
15219
COUNTY OF ALLEGHENY

RETURN SERVICE REQUESTED

Clerk, United States District Court
United States Courthouse
700 Grant Street
Pittsburgh, PA 15219

Legal Mail