IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 15-cr-168 |
| FREDERICK H. BANKS, ) | |
| ) | |
| Defendant. ) | |

**STATUS REPORT OF COUNSEL REGARDING DEFENDANT'S
PROPOSED HOUSING PLAN UPON RELEASE**

AND NOW comes, Marvin Miller, Esquire, counsel for the defendant, Frederick H. Banks, and as Ordered by this court (CM/ECF No. 770), respectfully files this Statement setting forth Defendant's proposed housing plan upon release as. To date, there is no housing plan to report to the Court for the following reasons:

1. Mr. Banks is housed in a restricted unit at the Allegheny County Jail (ACJ) which has one room designated for all counsel who meets with clients in that unit. ACJ allows only one attorney/inmate visit at a time for that unit. ACJ has no scheduling system for attorneys or other professionals to reserve the room and/or time to meet with the client. If another professional is visiting with an inmate in that unit, the attorney must wait for the visiting room to clear before being allowed to meet. Further, there is no time limitation for professional's meeting with clients in that unit.

2. Counsel attempted and was not able to meet with Mr. Banks at the Allegheny County Jail (ACJ) on four occasions since receiving the Court's Order; October 11, 2018, October 14, 2018, October 18, 2018 and October 21, 2018. On October 18, 2018, the unit was closed for any visits because an "evaluation" was taking place.

3.	It is necessary for counsel to meet and discuss any proposed housing plans with Mr. Banks whose input is critical.

4.	Counsel has also communicated with Charmaine Odom, Probation Officer Specialist, about housing resources that may be available in the community for Mr. Banks.  I requested that she provide referrals to housing options, if any, known to her office.

5.	Counsel will continue to update the Court concerning Mr. Banks' proposed housing plan upon release up to and including the date of a hearing which may be scheduled.

                Respectfully submitted,

                __s/Marvin Miller_____
                Marvin Miller
                PA I.D. #52946

                2324 McNary Boulevard
                Pittsburgh, PA  15235
                (412) 247-9628

Dated:  October 22, 2018              Attorney for Defendant,
                Frederick H. Banks