IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v.   )<br>  )    Criminal No. 15-168<br>FREDERICK H. BANKS,   )<br>  )<br>Defendant.   ) | |

## ORDER OF COURT

**AND NOW**, to-wit, this _____ day of _____, 2018, upon consideration of the foregoing Motion for Court Order Authorizing An Interim Payment to Counsel Pursuant to the Criminal Justice Act, 18 U.S.C. §§ 3006A, *et seq.*, and for good cause, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED and that the voucher for interim payment in this case submitted by Marvin Miller, Esquire shall be processed as an interim payment in accordance with the provisions of the Criminal Justice Act.

BY THE COURT:

_____
Mark R. Hornak
United States District Judge