NAME: Frederick Banks
DOC & POD NUMBER 120759, 8E
ALLEGHENY COUNTY JAIL
950 2ND AVE
PITTSBURGH, PA 15219-3100

ADDRESS MUST BE PRINTED BELOW THIS LINE

CLERK, United States District Court
U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

LEGAL MAIL

DO NOT COLOR OR WRITE BELOW THIS LINE

PRESORTED
FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES
ZIP 15219
02 4W
0000348440  $ 000.38⁰
JUL 08 2019