FILED
JUL 25 2019
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
v.
FREDERICK BANKS, DEFENDANT

2:15CR168

Supplemental Reply to Correct Reply to Government Response ECF 961 Filed EXHIBITS FOR THE COURTS REVIEW IN SUPPORT OF MOTION TO SELF REPRESENT

Defendant Frederick Banks, American Indian ("Banks") refers the court to these filed Exhibits for the courts Review in support of Motion to Self represent and asserts; Banks further responds to correct the counseled Reply at ECF 961.[1]

As previously asserted Banks has been quite successful representing himself as stated in the Motion to Self Represent. Banks points also to a Jury Trial in which he represented himself in this very Court. Banks was never admonished at the Trial by Chief Judge Joy Flowers Conti but the government prosecutor was. As such Banks pro se Court Room etiquette was considered by the Court to be more professional than the governments. See USA v. Banks, 04CR176 (WDPA) at ECF 447, 448, 449, 450, 451, 452, 453, 454, 455, 456, 457, 458. This Court must review each page and line of these Transcripts and thereafter find that there is no reason that Banks should not be allowed to represent himself.

Also, The court is reminded in review and determination that Banks is an American Indian. The Trust & Treaty relationship the USA owes to Indians is a special and separate obligation of the rights afforded to U.S. citizens. All rules, regulations, Statutes, Treaties and Constitutional provisions under the Indian Canons of Construction are liberally to be construed in Banks favor. The only qualified person to represent Frederick Banks is Frederick Banks. Banks asserts that there is no mental disease or defect.

---

[1] At ECF 961 counsel stated that "May 16, 2017 is the date Banks was returned back to the custody of the United States Marshals in the Western District of Pennsylvania" however Banks did not arrive at NEOCC until 6/1/2017. He was not in this district on May 16, 2017. He was dropped off in transit at USP Atlanta, and Grady in Oklahoma City, OK. It took USM 33 days to transfer Banks back to NEOCC. 23 of those days is non-excludable and presumptably unreasonable. 18 USC § 3161(h)(1)(F).

Respectfully submitted,
Frederick Banks
1201759, 8E
950 Second Avenue
Pittsburgh, PA 15219
DEFENDANT