# PRIORITY MAIL

**UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

**FROM:**
NAME: Frederick Banks
DOC & POD NUMBER 120759, 8E
ALLEGHENY COUNTY JAIL
950 2ND AVE
PITTSBURGH, PA 15219-3100

**TO:**
Clerk, United States District Court
U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PRESS FIRMLY



- e of delivery specified*
- PS TRACKING™ included to many major international destinations.
- ited international insurance.
- k up available.*
- ler supplies online.*
- en used internationally, a customs declaration label may be required.
- omestic only

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014