United States District Court
Western District of Pennsylvania

United States of America,  )   03-CR-245
v.                         )   04-CR-176
Frederick Banks,           )   96-CR-64
            Defendant      )   15-CR-168
                           )

NOTICE TO THE COURT AND
MOTION TO VACATE RESTITUTION & FINE ORDERS,
OR MODIFY and TO RETURN PRIOR PAYMENTS[1]

Frederick Banks, American Indian ("Banks") moves the court for an order vacating the Restitution & Fine orders and Judgments or to modify and to return prior payments and represents;

1.) While Banks was confined in the BOP, halfway house and while on supervised release Banks made payments on his restitution and fine yet these payments were not applied.

2.) These payments were sent by mail to the Clerk and specifically one payment sent from the BOP was in the amount of $50.00. Other payments sent from the community were several dollars at a time. Unfortunately, it appears that none of the payments were credited in violation of due process.

3.) Accordingly, Banks moves to vacate the restitution and fine orders and judgments, or modify them and reduce them and/or return the payments he made to him and notes statutes do not apply to Indians. ELK v. Wilkins _US_( ); USA v. Rickert _US_( ).

WHEREFORE, the foregoing Motions should be granted.

Respectfully submitted,

Frederick Banks
120759
950 Second Avenue
Pittsburgh, PA 15219
Defendant

FILED
JUL 30 2019
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

---

1. Re 03-CR-245 court should deny bar in that case Banks voluntarily appeared by Summons and was not arrested.