SCANNED

United States District Court
for THE WESTERN District of Pennsylvania

USA ) 2:15CR168
In the matter of a Search, ) 13-3927M
  ) ~~13-0665M~~
v. ) 13-3928M
Frederick Banks, ) 15-681
  Defendant. )

MOTION TO PROVIDE COURT DOCKET SHEET
OF SEARCH CASES; AND MOTION TO PROVIDE
GRAND JURY TRANSCRIPTS

Defendant Frederick Banks, Native American ("Banks") moves the court for an order directing the Clerk to provide the Court Docket Sheets for the searches and the Grand Jury Transcripts and represents:

1. Banks wrote and requested from the clerk the docket sheets in the searches conducted in this case at 13-3927M, 13-0665M, 13-3928M, and 15-681. Banks has a copy of the warrants in PDF form (but has no way to print them & just received them in 2019) but needs the court docket sheets. Also, Banks moves for a copy of the Grand Jury Transcripts as he has raised multiple issues relating to violations of Grand Jury procedure. Providing the Grand Jury Transcripts is especially important because no criminal complaint was issued in this case. These transcripts are essential for Banks to defend this case.

WHEREFORE, the foregoing motion should be granted.

Respectfully submitted,

Frederick Banks
120759
950-Second Ave
Pittsburgh, PA 15219
Defendant

FILED
JUL 30 2019
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA