NAME: Frederick Banks

DOC & POD NUMBER 120759,8E
ALLEGHENY COUNTY JAIL
950 2ND AVE
PITTSBURGH, PA 15219-3100

ADDRESS MUST BE PRINTED BELOW THIS LINE

Clerk, U.S. District Court
U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Legal mail

DO NOT COLOR OR WRITE BELOW THIS LINE

PRESORTED
FIRST CLASS



U.S. POSTAGE PITNEY BOWES
ZIP 15219 $000.38
02 4W
0000348493 JUL 26 2019

FCM-FSF 15219