

**UNITED STATES POSTAL SERVICE®**

FROM: Frederick Banks

NAME: Frederick Banks
DOC & POD NUMBER 120759, BE
ALLEGHENY COUNTY JAIL
950 2ND AVE
PITTSBURGH, PA 15219-3100

TO: CLERK, United States District Court
U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.