IN THE UNITED STATES DISTRICT COURT
for the Western District of Pennsylvania

United States of America,

v.                                    2:15cr168

Frederick Banks,
          Defendant.

## MOTION TO WAIVE SPECIAL ASSESSMENT FEES DUE TO COVID-19 PANDEMIC and Notice of change of Address

Defendant Frederick Banks, an American Indian ("Banks") hereby moves to waive Special Assessment Fees due to Covid-19 pandemic and represents:

A Court may waive the Special Assessment Fees due to the Covid-19 pandemic. See USA v. Luis Espinoza Campos. Defendant is unemployed and has no income. He has no way to pay the Special Assessment Fee in the foreseeable future. Under the Equal Protection Clause the court should waive the special assessment fee as Judge Horan did in the Espinoza case. Espinoza is hispanic and Banks is an Indian two distinct protected classes under Equal protection Clause and both are similarly situated. It would be prejudicial to not likewise waive Banks' Special Assessment Fees and a violation of Equal Protection or Class of one Equal Protection. Alternatively, the Court should stay the $500 Special Assessment up until Banks has a job in the community and can pay it. Counsel has moved to withdraw so the court

WHEREFORE, the foregoing Motion should be granted.

Respectfully submitted,

/s/

Frederick Banks
05711-068
PO Box 2000
Bruceton Mills, WV 26525
Defendant

Notice of change of Address

Defendant gives notice that his address has changed to:
Frederick Banks
05711-068
PO Box 8000
Forrest City, AR 72336

FILED SEP 29 2020 CLERK U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA