# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

### Petition for Warrant or Summons for Person Under Supervision

Person Under Supervision: Frederick H. Banks

Case Number: 2:15CR00168-1
USM Number: 05711-068

Name of Sentencing Judicial Officer: The Honorable Mark R. Hornak
Chief United States District Judge

Date of Original Sentence: June 12, 2020

Original Offense: Counts 2, 3, 4 and 5:   Wire Fraud
Count 6:                  Aggravated Identity Theft

Original Sentence: 104 months imprisonment and 3 years supervised release.

Type of Supervision: Supervised Release

Date Supervision Commenced: July 1, 2022
Expiration Date: June 30, 2025

### PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the person under supervision has violated the following conditions of supervision:

### Violation Number 1

Mandatory Condition #1: You must not commit another federal, state or local crime.

### Nature of Noncompliance

On August 26, 2022, the Allegheny County Sherriff's Office charged the defendant at OTN G 915729-5 with Forgery (F3), Perjury (F3), Falsely Impersonating Persons Privately Employed (M2), False Swearing (M2) and Barratry (M3). This matter is currently scheduled for Jury Trial on October 16, 2023, before Judge Beth Lazzara.

**Violation Number 2**

Mandatory Condition #1: You must not commit another federal, state or local crime.

**Nature of Noncompliance**

The probation office became aware that Mr. Banks filed numerous involuntary bankruptcy filings in multiple jurisdictions, on or about December 27, 2022, against three Allegheny County Officials who were involved in his arrest, prosecution, and related competency hearings from his August 26, 2022, arrest. Although no current charges related to this behavior re pending, this conduct is believed to violate numerous federal laws, including 18 U.S.C §1001-submitting a false document to a federal entity, 18 U.S.C §152(3)-false declaration, 18 U.S.C §157(3)-bankruptcy fraud scheme, 18 U.S.C §1343-mail fraud, and 18 U.S.C §1503-Obstruction of Justice.

**Violation Number 3**

Standard Condition #4: Defendant must answer truthfully the questions asked by your probation officer.

Standard Condition #5: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Nature of Noncompliance**

Mr. Banks reports that he is currently residing in storage unit, STOREexpress in the Southside, and is allowed to reside at this establishment. This officer spoke with staff at STOREexpress who report persons are not permitted to reside on this property and that it is for storage only.

**Violation Number 4**

Special Condition #22: The defendant shall provide U.S. Probation with accurate information about his entire computer system (hardware/software) and other electronic communication or data storage devices or media to include all password(s) and username(s) used and the name of the internet service provider(s). The defendant shall also abide by the then-current Computer Restrictions and Monitoring Program approved by the Court.

Special Condition #23: Defendant is permitted to possess and/or use a computer and is allowed to access the internet. However, the defendant is not permitted to use a computer, or other electronic communication or data storage devices, including a cell phone, to engage in financial transactions in any single mount in excess of $500 (or cumulatively within any 7 day period in excess of $100 without approval of the probation office.

**Nature of Noncompliance**

Mr. Banks reported that he does not have any electronic devices capable of using the internet and uses a public library when the internet is needed.  He was advised on August 15, 2022, that all internet use must be monitored. He filed several motions in state and federal court, as well as sent an email to law enforcement in Allegheny County attempting to solicit money.

In addition, Mr. Banks also purchased a 2014 BMW I3 online in Ohio, while on supervision. The vehicle purchase and financing, through Allied Financial in the amount of $24,256.55, were conducted online. He did not request approval to purchase this vehicle and continues to deny any internet capable devices.

**U.S. Probation Officer Recommendation:**

The Supervised Release should be revoked as he continues to engage in criminal conduct while pending state charges. There are no set of conditions that can prevent the defendant from engaging in criminal activity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2023

Respectfully submitted,                              Approved,

by _____        by _____
Brett Schlegel                                              Alexis Zellefrow
U.S. Probation Officer                                U.S. Probation Officer
April 18, 2023                                            April 18, 2023

---

THE COURT ORDERS:

☐     No Action
☐     The Issuance of a Warrant
            Petition to be Unsealed Upon Notice of Arrest
☐     No Bond is set
☐     Bond is set at _____
☐     Bond is at the discretion of the Magistrate Judge
☐     The Issuance of a Summons:

| | |
|---|---|
| Appearance Date: | |
| Appearance Time: | |
| Courthouse: | |
| Courtroom Number: | |

☐ Telephonic Status Conference
☐ Other

_____
Signature of Judicial Officer

_____
Date