## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 2:15-cr-00168-1 |
| | ) | |
| FREDERICK H. BANKS, | ) | |
| | ) | |
| Defendant. | ) | |

Hearing Type:  Sentencing Hearing
Date:  April 25, 2023
Before:  Chief Judge Mark R. Hornak

| | |
|---|---|
| AUSA | Shaun E. Sweeney |
| Counsel for Defendant | Robert Carey |
| Probation Officers | Brett Schlegel; TJ Werner |
| Court Reporter | ▮ |
| Deputy Clerk/Law Clerk | ▮ |
| Start time | 1:36 PM |
| End time | 5:00 PM |

**SUMMARY OF PROCEEDINGS:**

DEFENDANT PRESENT

At Counts 2s–5s, the Defendant is sentenced to a term of imprisonment of eighty (80) months. At Count 6s, the Defendant is sentenced to a term of twenty-four (24) months, which is to run consecutive to the sentence imposed as to Counts 2s–5s. As to Counts 2s–5s, following the term of imprisonment, the Defendant shall serve a term of supervised release of three (3) years. And as to Count 6s, the Defendant shall serve a term of supervised release of three (3) years, which is to run concurrent with the term of supervised release as to Counts 2s–5s. A mandatory special assessment of $500.00 is imposed. A fine is waived for inability to pay.

**WITNESS:**
   1) Sean Langford