IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                    Case No. 15-168

FREDERICK BANKS,
Defendant.


### MOTION TO WITHDRAW AS COUNSEL

AND NOW, comes Robert Staley Carey, Jr., counsel for the Defendant, Frederick Banks, and files this Motion to Withdraw as Counsel:

1.  By Order dated May 19, 2023, the Honorable Mark R. Hornak appointed Attorney Robert Carey to represent the Defendant relative to a revocation proceeding in the above captioned case. **See Document # 1624.**

2.  Mr. Banks has directed the undersigned to withdraw as counsel.

3.  The undersigned perceives that the attorney/client relationship is irreparably damaged as the client will not accept counsel's assessment of the legality of involuntary bankruptcy proceedings without becoming belligerent.

WHEREFORE, counsel for the Defendant respectfully requests that this Honorable Court enter an Order granting his request to withdraw as counsel for Defendant, Frederick Banks.

Respectfully submitted,

s/ *Robert Carey*
Robert S. Carey, Jr
PA ID# 85155