# FindLaw®

**ABOUT US** › (https://www.findlaw.com/company.html)

**FIND A LAWYER** › (https://lawyers.findlaw.c

## Questions?

At FindLaw.com, we pride ourselves on being the number one source of free legal information and resources on the web. Contact us. (https://www.findlaw.com/company/contact-us/contacts.html)

Our Team (https://www.findlaw.com/company/our-team.html)

Accessibility (https://www.findlaw.com/company/our-commitment-to-accessibility.html)

Contact Us (https://www.findlaw.com/company/contact-us/contacts.html)

By Location (https://lawyers.findlaw.com/lawyer/st

By Legal Issue (https://lawyers.findlaw.com/lawyer

By Lawyer Profiles (https://lawyers.findlaw.com/profile/profiles/lawye

By Name (https://lawyers.findlaw.com/lawyer/lawyer_dir/sea

### SELF-HELP RESOURCES

Legal Forms & Services (https://www.findlaw.com/forms.html)

**Stay up-to-date with how the law affects your life.** Sign up for our consumer newsletter.

ENTER YOUR EMAIL ADDRESS

>



(https://www.youtube.com/watch?v=WQiNbzazOhw)

Copyright © 2023, Thomson Reuters. All rights reserved.
Terms (https://www.findlaw.com/company/findlaw-terms-of-service.html) | Privacy (https://www.findlaw.com/company/privacy/privacy-statement.html)
| Disclaimer (https://www.findlaw.com/company/disclaimer.html) | Cookies (https://www.thomsonreuters.com/en/privacy-statement.html#cookies)
| Do Not Sell My Information (https://privacyportal-cdn.onetrust.com/dsarwebform/dbf5ae8a-0a6a-4f4b-b527-7f94d0de6bbc/5dc91c0f-f1b7-4b6e-9d42-76043adaf72d.html)

# INVOICE

**MAKE CHECK PAYABLE TO**
STORExpress - South Side
200 South 22nd Street
Pittsburgh, PA 15203

| | |
|---|---|
| Unit | 2S109 |
| Tenant | 181618 |
| Invoice | 39279 |
| Invoice Date | April 12, 2023 |
| Due Date | April 27, 2023 |
| Amount Due | $151.93 |

Fred Banks

52 S 8th street
Pittsburgh  PA  15203

|__| Please check box if address is incorrect
and indicate change. Signature is required
to authorize address changes.

Signature _____
AMOUNT ENCLOSED _____

-----------------------------------------------------------------------------------------------------------------

### DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| UNIT | DATE | ITEM/SERVICE | AMOUNT | TAX | DUE |
|------|------|--------------|--------|-----|-----|
| 2S109 | 4/27/2023 | Rent 4/27-5/26 | 99.00 | 6.93 | 105.93 |
| 2S109 | 4/27/2023 | Protection Plan 4/27-5/26 | 6.00 | 0.00 | 6.00 |
| 2S109 | 4/28/2023 | 24 Hour Access 4/28-5/27(1) | 40.00 | 0.00 | 40.00 |
| | | Subtotal | 145.00 | | |
| | | Taxes | 6.93 | | |
| | | Balance Due | 151.93 | | |

Please remit the total due amount of  151.93 to the above address.

Questions or Concerns? Please call us at 412-431-5625

_____

Online payments NOW faster and easier!
Visit STORExpress.com and click "Pay Here"
Click "Create Account." and instantly get access to your account.

Exhibit B