UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

**Petition for Warrant or Summons for Person Under Supervision**

Person Under Supervision: Frederick H. Banks          Case Number: 2:15CR00168-1
                                                       USM Number: 05711-068

Name of Sentencing Judicial Officer: The Honorable Mark R. Hornak
                                     Chief United States District Judge

Date of Original Sentence: June 12, 2020

Original Offense: Counts 2, 3, 4 and 5:   Wire Fraud
                  Count 6:                Aggravated Identity Theft

Original Sentence: 104 months imprisonment and 3 years supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced: July 1, 2022
                                                         Expiration Date: June 30, 2025

---

**PETITIONING THE COURT**

[X]   Other-To incorporate into the previously filed petition, filed on May 17, 2023.

The probation officer believes that the person under supervision has violated the following conditions of supervision:

**Violation Number 1**

Special Condition #22: The defendant shall provide U.S. Probation with accurate information about his entire computer system (hardware/software) and other electronic communication or data storage devices or media to include all password(s) and username(s) used and the name of the internet service provider(s). The defendant shall also abide by the then-current Computer Restrictions and Monitoring Program approved by the Court.

Special Condition #23: Defendant is permitted to possess and/or use a computer and is allowed to access the internet. However, the defendant is not permitted to use a computer, or other electronic communication or data storage devices, including a cell phone, to engage in financial transactions in any single mount in excess of $500 (or cumulatively within any 7-day period in excess of $1000 without approval of the probation office).

**Nature of Noncompliance**

Mr. Banks secured a mortgage through United Wholesale Mortgage in the amount of $159,080 on January 13, 2023. Mr. Banks also secured a personal loan from Lendmark Financial in the amount of $3,503 on November 4, 2022. These transactions were not disclosed to his assigned probation officer and the financial transactions were completed via electronic devices.

**Violation Number 2**

Special Condition #25    Defendant is prohibited from incurring new credit charges or opening additional lines of credit without prior written approval of the probation officer.

**Nature of Noncompliance**

Mr. Banks special conditions imposed on May 1, 2023, included him to have no access to new credit. According to an Equifax Credit Report reviewed on May 22, 2023, the defendant secured a revolving credit through Merrick Bank in the amount of $1000 on May 12, 2023.

**U.S. Probation Officer Recommendation:**

The Supervised Release should be revoked as he continues to engage in criminal conduct while pending state charges. There are no set of conditions that can prevent the defendant from engaging in criminal activity. It should be noted that the defendant reports he is unemployed and living in a storage unit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2023

Respectfully submitted,                                    Approved,

by _____                       by _____   Alexis L. Zellefrow
                                                                                                        2023.05.31 11:42:05 -04'00'
Brett Schlegel                                                    Alexis Zellefrow
U.S. Probation Officer                                      U.S. Probation Officer
May 31, 2023                                                     May 31, 2023

---

THE COURT ORDERS:

☐    No Action
☐    The Issuance of a Warrant
            Petition to be Unsealed Upon Notice of Arrest
☐    No Bond is set
☐    Bond is set at _____

☐ Bond is at the discretion of the Magistrate Judge
☐ The Issuance of a Summons:

| Appearance Date: | |
| Appearance Time: | |
| Courthouse: | |
| Courtroom Number: | |

☐ Telephonic Status Conference
☒ Other — This Petition incorporated into prior Petitions.

_____
Signature of Judicial Officer

6/1/2023
Date