IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| v. | ) | 2:15-cr-00168-1 |
| FREDERICK H. BANKS, | ) | |
| Defendant. | ) | |

Hearing Type: Motion Hearing
Date: June 8, 2023
Before: Chief Judge Mark R. Hornak

| AUSA | Shaun E. Sweeney |
|---|---|
| Counsel for Defendant | Robert Carey |
| Probation Officers | Brett Schlegel |
| Court Reporter | |
| Deputy Clerk/Law Clerk | |
| Start time | 2:30 PM |
| End time | 3:36 PM |

**SUMMARY OF PROCEEDINGS:**

DEFENDANT PRESENT

This hearing was held re [1625] Motion to Withdraw.

Counsel will assist Defendant in preparing a financial affidavit to be filed under seal.

An appropriate Order will enter.